THOMAS J. HIGGINS, Respondent, *v.* METROPOLITAN JOCKEY CLUB, Appellant.

(Argued November 25, 1930; decided January 6, 1931.)

*John D. Flynn, Benjamin Reass, Emanuel Newman* and *Irving Moldauer* for appellant.

*Frederic G. Rita* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG and O'BRIEN, JJ. Dissenting: LEHMAN, J. Not sitting: HUBBS, J.